AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]  DATE MARCH 12, 2008 Willie Benton v AC Transit CV081073EMC |

| Name of SERVER HAROLD ELLISON REGISTRATION NO.: COUNTY OF ALAMEDA; 946 | TITLE REGISTERED PROCESS SERVER |
|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served: AC TRANSIT
MARIA HIGUEROS, LEGAL DEPT.
AUTHORIZED TO ACCEPT SERVICE
1600 FRANKLIN ST., 6TH FLR
OAKLAND, CA. 94612

DATE 3-6-2008    TIME 11;15am

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SEE ATTACHMENT PAGE 2

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | SERVICE OF PROCESS | $40.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  MARCH 12, 2008
         Date

*Signature of Server* Harold Ellison

Revenue Group Management
22568 Mission Blvd., Ste 426
Hayward, Ca. 94541
*Address of Server* Tel. (510) 247-1748

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| PLAINTIFF/PETITIONER: WILLIE BENTON | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: AC TRANSIT | CV 08 1073 EMC |

*This form must be attached to another form or court paper before it can be filed in court.*

## DOCUMENTS SERVED

EMPLOYMENT DISCRIMINATION COMPLAINT, SUMMONS IN A CIVIL CASE, NOTICE OF ASSIGMENT OF CASE TO, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, DROP BOX FILINGS & PROCEDURES, EFC REGISTRATION INFORMATION HANDOUT, ATTACHMENT TO COMPLAINT, LETTER FROM WILLIE BENTON, AC TRANSIT LETTER OF UNSATISFACTORY WORK PEFORMANCE, LETTER TO AMALGAMATED TRANSIT UNION LOCAL 192, LETTER FROM WILLIE BENTON TO BOARD OF FIRECTORS AC TRANSIT, ONE (1) COPY OF SEARCH FOR WORK ORDERS, LETTER FORM HUMAN RESOURCES DEPARTMENT, LETTER FROM U.S. DEPT. OF JUSTICE, U.S. EQUAL EMPLOYMENT OPORTUNITY COMMISSION LETTER FROM MARTIN I. SCHEIR SENIOR INVESTIGATOR, U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION AND ARTICLE ON EAST BAY EXPRESS

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 12, 2008

HAROLD ELLISON
(TYPE OR PRINT NAME)

*Harold Ellison*
(SIGNATURE OF DECLARANT)

☐ Petitioner/Plaintiff   ☐ Respondent/Defendant   ☐ Attorney
☒ Other *(specify):* REGISTERED PROCESS SERVER

(See reverse for a form to be used if this declaration is not to be attached to another court paper before filing)

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

*LexisNexis® Automated California Judicial Council Forms*