```
1  HOWARD MOORE, JR., SBN 55228
   MOORE & MOORE
2  1563 Solano Avenue, No. 204
   Berkeley, California 94707-2116
3  Telephone:   (510) 452-7172 or (510) 868-8834
   Facsimile:   (510) 528-3024
4  Email: moorlaw@aol.com

5  Attorneys for Plaintiff
```

FILED
08 APR 21 PM 1:57

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE BENTON,<br><br>             Plaintiffs,<br><br>vs.<br><br>ALAMEDA-CONTRA COSTA<br>TRANSIT DISTRICT, et al,<br><br>             Defendants. | Case No. CV08-1073 EMC<br><br>CONSENT TO PROCEED BEFORE<br>UNITED STATES MAGISTRATE<br>JUDGE |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28 U.S.C., section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order entry of the final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: April ___, 2008

*Willie Benton*
WILLIE BENTON, Plaintiff Prose

---
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
Benton v. Alameda-Contra Costa Transit District, et al     Case CV-08-1073-EMC

## PROOF OF SERVICE VIA MAIL

I declare that:

I am employed in Alameda County, California. I am over the age of 18 years, a citizen of the United States, and not a party to this civil action. My business address is: Moore & Moore, 1563 Solano Avenue, #204, Berkeley, California, 94707-2116. On April _//_, 2008, I served the following:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on the interested parties in this civil action, by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid to mail the same first class and depositing the same in a designated depository for receipt of United States Mail in Berkeley, California, addressed as follows:

ALAMEDA-CONTRA COSTA TRANSIT DISTRICT
Office of the General Counsel
**Cathleen A. Wadhams**
1600 Franklin Street
Oakland, CA 94612

I declare under penalty of the laws of the United States that the foregoing is true and correct and that this Declaration was executed on April _//_, 2008, at Berkeley, California.

_____
HOWARD MOORE, JR.

---

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
Benton v. Alameda-Contra Costa Transit District, et al    Case CV-08-1073-EMC

2