1 | HOWARD MOORE, JR., SBN 55228
MOORE & MOORE
2 | 1563 Solano Avenue, No. 204
Berkeley, California 94707-2116
3 | Telephone: (510) 452-7172 or (510) 868-8834
Facsimile: (510) 528-3024
4 | Email: moorlaw@aol.com

5 | Attorneys for Plaintiff

FILED
08 APR 21 PM 1:57
[illegible] U.S. DISTRICT COURT
[illegible] DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

WILLIE BENTON,

    Plaintiffs,

vs.

ALAMEDA-CONTRA COSTA
TRANSIT DISTRICT, et al,

    Defendants.

Case No. CV08-1073 EMC

SUBSTITUTION OF ATTORNEY

Plaintiff WILLIE BENTON hereby gives notice that he substitutes HOWARD MOORE, JR., a member of the State Bar, whose direct contact information appears above, as his attorney of record in his place and stead.

Dated: April 11, 2008

        *[signature]*
WILLIE BENTON, Plaintiff Pro Se

I consent to the substitution.

Date: April 11, 2008

        *[signature]*
HOWARD MOORE, JR.

---

Substitution of Attorney
Benton v. Alameda-Contra Costa Transit District, et al    Case CV-08-1073-EMC

| | |
|---|---|
| 1 | **PROOF OF SERVICE VIA MAIL** |
| 2 | I, declare that: |
| 3 | I am employed in Alameda County, California. I am over the age of 18 years, a citizen of |
| 4 | the United States, and not a party to this civil action. My business address is: Moore & Moore, |
| 5 | 1563 Solano Avenue, #204, Berkeley, California, 94707-2116. On April _11_ , 2008, I served |
| 6 | the following: |
| 7 | **SUBSTITUTION OF ATTORNEY** |
| 8 | on the interested parties in this civil action, by placing a true and correct copy thereof enclosed in |
| 9 | a sealed envelope with postage thereon fully prepaid to mail the same first class and depositing |
| 10 | the same in a designated depository for receipt of United States Mail in Berkeley, California, |
| 11 | addressed as follows: |
| 12 | ALAMEDA-CONTRA COSTA TRANSIT DISTRICT |
| | Office of the General Counsel |
| 13 | **Cathleen A. Wadhams** |
| | 1600 Franklin Street |
| 14 | Oakland, CA 94612 |
| 15 | I declare under penalty of the laws of the United States that the foregoing is true and |
| 16 | correct and that this Declaration was executed on April _11_ , 2008, at Berkeley, California. |
| 17 | |
| 18 | _____ |
| | HOWARD MOORE, JR. |

Substitution of Attorney
Benton v. Alameda-Contra Costa Transit District, et al     Case CV-08-1073-EMC

2