1 | ALAMEDA-CONTRA COSTA TRANSIT DISTRICT
OFFICE OF THE GENERAL COUNSEL
2 | CATHLEEN A. WADHAMS, CSB #100434
1600 FRANKLIN STREET, 6TH FLOOR
3 | OAKLAND, CALIFORNIA 94612
(510) 891-4827
4

5 | Attorney for Defendant AC Transit

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | WILLIE BENTON,          )   NO. CV 08 1073 EMC
                            )
12 |      Plaintiff,         )
                            )
13 | v.                      )   DECLINATION TO PROCEED BEFORE
                            )   A MAGISTRATE JUDGE AND REQUEST
14 | ALAMEDA-CONTRA COSTA    )   FOR REASSIGNMENT TO A UNITED
     TRANSIT DISTRICT, et al.)   STATES DISTRICT JUDGE
15 |                         )
          Defendants.        )
16 |                         )

17 |       The undersigned party in the above-captioned civil matter hereby declines

18 | to consent to the assignment of this case to a United States Magistrate Judge for

19 | trial and disposition and hereby requests the reassignment of this case to a

20 | United States District Judge.

21 | Dated: April 23, 2008                    /S/
                                         Cathleen A. Wadhams
22
                              Counsel for:  Defendant AC Transit
23

24

25

26 | (S:\Legal\Cases\W Benton\Req US Dist Judge)

27

28

Declination to Proceed before a Magistrate Judge    1