**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____
www.cand.uscourts.gov

Richard W. Wieking    General Court Number
Clerk                 415.522.2000

**April 28, 2008**

CASE NUMBER:  CV 08-01073 EMC
CASE TITLE:  WILLIE BENTON-v-AC TRANSIT

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Saundra B. Armstrong** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SBA** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/28/08

FOR THE EXECUTIVE COMMITTEE:

_____
                           Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies        Special Projects
Log Book Noted                       Entered in Computer 4/28/08ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel              Transferor CSA