UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date: 6/11/08**

C-08-01073 SBA          JUDGE: SAUNDRA BROWN ARMSTRONG

**Title:**                BENTON vs. AC TRANSIT
**Atty.:**  NO APPEARANCE                NO APPEARANCE


**Deputy Clerk:** Lisa R. Clark          **Court Reporter:**        N/R
**PROCEEDINGS**
Plt   DFT
( ) ( ) **1.  TELEPHONE CASE MANAGEMENT CONFERENCE - NOT HELD**
( ) ( ) **2.**
( ) ( ) **3.**
( ) ( ) **4.**
( ) Motion(s)    ( ) Granted       ( ) Denied        ( ) Off Calendar
            ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( )Deft  (X) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to_____ for a Telephone Case Management Conference at  p.m.
Case Continued to 7/9/08 @ 4:00 P.M.  for  OSC RE: DISMISSAL
Case Continued to_____ for_____ Motion Hearing
Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____
General Discovery Cut-off_____ Expert Discovery Cut-off_____
Plft to name Experts by_____ Deft to name Experts by_____
All Dispositive Motions to be heard by ( Motion Cut-off)_____
Case Continued to_____ for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due_____ Motions in limine/objections to evidence due_____ Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____ for Trial(Court/Jury:_____ Days) at 8:30 a.m.
( ) REFERRED TO MAGISTRATE_____ FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
Notes: PLAINTIFF FAILED TO INITIATE THE CONFERENCE CALL AS INSTRUCTED IN THE CLERK'S NOTICE DATED 6/5/08 DOCKET NO. 16. COURT SET MATTER FOR A OSC RE: DISMISSAL FOR FAILURE TO PROSECUTE
cc: DAVID M.