United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BENTON,                                             Case No. 08-01073 SBA

         Plaintiff,                            **ORDER TO SHOW CAUSE**

v.

AC TRANSIT,

         Defendant.
_____/

The plaintiff has failed to initiate the conference call for the Case Management Conference set for June 11, 2008 as instructed in the Clerk's Notice dated June 5, 2008 [Docket No. 16].

Accordingly, it is ORDERED that:

(1)     Plaintiff and/or Plaintiff's counsel of record shall appear in Courtroom 3 of the United States Courthouse, 1301 Clay Street, Oakland, California, on **July 9, 2008 at 4:00 p.m.**, to show cause why the above-captioned case should not be dismissed without prejudice for failure to prosecute.

(2)     At least ten days prior to the above hearing, Plaintiff or Plaintiff's counsel of record, must file a Certificate of Counsel with the Clerk of the Court, to explain why the case should or should not be dismissed for failure to prosecute. The Certificate shall set forth the nature of the cause, its present status, the reason it has not been brought to trial or otherwise terminated, any basis for opposition to dismissal by any party, and its expected course if not dismissed.

(3)     Please take notice that this Order requires both the specified court appearance and the filing of the Certificate of Counsel. Failure to fully comply with this Order will be deemed sufficient grounds to dismiss the case.

1

2          IT IS SO ORDERED.

3

   Dated: 6/19/08                                    _____
4                                                    SAUNDRA BROWN ARMSTRONG
                                                     United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                  2

United States District Court
For the Northern District of California