UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

Date: 7/9/08

C-08-01073 SBA           JUDGE: SAUNDRA BROWN ARMSTRONG

**Title:**           BENTON vs. AC TRANSIT
**Atty.:**   HOWARD MOORE           CATHLEEN WADHAMS

**Deputy Clerk:** Lisa R. Clark           **Court Reporter:** STARR WILSON

**PROCEEDINGS**
Plt   DFT
( )  ( ) 1.   OSC RE: DISMISSAL - VACATED
( )  ( ) 2.
( )  ( ) 3.
( )  ( ) 4.
( ) Motion(s)    ( ) Granted    ( ) Denied    ( ) Off Calendar
           ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
( ) Order to be prepared by  ( ) Plaintiff  ( ) Deft  ( ) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to 7/30/08      for a Telephone Case Management Conference at 3:30 p.m.
Case Continued to            for  OSC RE:
Case Continued to            for              Motion Hearing
Brief Sched. Motion papers by      Opposition by        Reply by
General Discovery Cut-off         Expert Discovery Cut-off
Plft to name Experts by           Deft to name Experts by
All Dispositive Motions to be heard by ( Motion Cut-off)
Case Continued to              for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due        Motions in limine/objections to evidence due      Responses
to motions in limine and/or responses to objections to evidence due
Case Continued to          for Trial(Court/Jury:      Days) at 8:30 a.m.
( ) REFERRED TO MAGISTRATE           FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 Notes: PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT 10 DAYS IN ADVANCE OF THE NEXT CMC.
                                                              cc: